White Oak Borough Authority, Appellant, *v.* McKeesport.

Argued October 5, 1954. Before STERN, C. J., STEARNE, JONES, CHIDSEY, MUSMANNO and ARNOLD, JJ.

*Alexander J. Bielski,* for appellant.

*Harry H. Meizlik* and *William Moldovan,* Solicitors, for appellees.

OPINION PER CURIAM, November 8, 1954:

The order entered by the court below sustaining defendant's preliminary objections and dismissing the Bill of Complaint is affirmed on the opinion of the learned President Judge MCNAUGHER.